DECEMBER 8, 1986

No. 85–2147.   DOE ET AL. *v.* LOUISIANA DEPARTMENT OF HEALTH AND HUMAN RESOURCES ET AL.   Appeal from Ct. App. La., 4th Cir., dismissed for want of substantial federal question.

No. 86–610.   BREAUX, ATTORNEY FOR BOSWELL *v.* ALLIED BANK OF TEXAS.   Appeal from Ct. App. Tex., 14th Dist., dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–618.   HILST *v.* GRIMES, INSURANCE COMMISSIONER OF OKLAHOMA.   Appeal from Ct. App. Okla. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–1735.   THOMAS, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. *v.* OUTBOARD MARINE CORP.   C. A. 7th Cir.   [Certiorari granted, *ante,* p. 811.]   Judgment vacated and case remanded for further consideration in light of the amendment of § 104(e) of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, 42 U. S. C. § 9604(e), by the Superfund Amendments and Reauthorization Act of 1986, Pub. L. 99–499, § 104(m).